**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL D. MORSHED,**<br>　　**Plaintiff,**<br>　　vs.<br>**COUNTY OF LAKE,** *et al.*,<br>　　**Defendant.** | **Case No.: 13-CV-521 YGR**<br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following the Case Management Conference held on July 22, 2013, the Court issues the following scheduling order:

**CASE MANAGEMENT AND PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 2, 2013, at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | October 31, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | July 31, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | December 20, 2013 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: November 15, 2013<br>Rebuttal: December 2, 2013 |
| EXPERT DISCOVERY CUTOFF: | December 20, 2013 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | February 25, 2014 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, May 2, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 2, 2014 |
| PRETRIAL CONFERENCE: | Friday, May 23, 2014 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 9, 2014 at 8:30 a.m. for 5 days Jury Trial |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The Court's Pretrial Instructions in Civil Cases have significant requirements, including various deadlines to prepare for trial. At a minimum, trial counsel are required to make exchanges twenty-eight days in advance of the Pretrial Conference and to <u>meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. However, in certain cases, more time may be necessary to prepare in light of the complexities of the case.

A Compliance Hearing is set to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action. Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures, as well as Court's Standing Order for Certain Employment Cases. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 2, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**