# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MORSHED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE,<br><br>　　　　Defendant. | Case No.: 4:13-cv-00521-YGR<br><br>**ORDER GRANTING IN PART APPLICATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER** |

Defendant County of Lake has filed an Ex Parte Application to Modify Case Management And Pretrial Order Extending Expert Disclosure Deadline, Dkt. No. 29, on November 13, 2013.

Good cause appearing, the application is **GRANTED IN PART**. The Case Management and Pretrial Order dated August 2, 2013 (Dkt. No. 24) is **MODIFIED** as follows:

The parties have up to and including **November 25, 2013**, to disclose a computer forensic expert.

Any rebuttal computer forensic expert may be disclosed no later than **December 9, 2013**.

The expert discovery cutoff for computer forensic experts *only* is extended to **January 15, 2014**.

The disclosure and discovery deadlines for all other experts remain unchanged.

IT IS SO ORDERED.

Date __November 14, 2013__

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**