**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL D. MORSHED,**<br>    **Plaintiff,**<br>vs.<br>**COUNTY OF LAKE,** *et al.***,**<br>    **Defendant.** | Case No.: 13-CV-521 YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT** |

Defendant County of Lake filed its Administrative Motion for Extension of Page Limit Applicable to Motion for Summary Judgment. (Dkt. No. 40.) The Court having duly considered the motion and supporting papers, **ORDERS** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**