**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF LAKE

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| MICHAEL MORSHED, | Case No.: 4:13-cv-00521-YGR-NJV |
| Plaintiff, | [~~PROPOSED~~] DISCOVERY ORDER |
| vs. | Trial Date: June 9, 2014<br>Time: 8:30 a.m.<br>Location: Courtroom 1 |
| COUNTY OF LAKE, | |
| Defendant. | Date Action Filed: February 6, 2013 |

This matter came on specially for telephone hearing regarding Plaintiff's letter dated May 28, 2014. Jocelyn Burton and Joel Moon appeared for Plaintiff Michael Morshed. John Whitefleet and Lauren Calnero appeared for Defendant County of Lake, California.

**REQUEST NO. 1:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that were not previously produced.

1

[~~PROPOSED~~] DISCOVERY ORDER

{01271431.DOC}

**REQUEST NO. 5**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that were not previously produced.

**REQUEST NO. 7:**

Defendant is hereby ordered to produce and deliver documents in connection with its response to Request for Production No. 49 to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.

**REQUEST NO. 8:**

Defendant is hereby ordered to produce and deliver documents in connection with its response to Request for Production No. 49 to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.

**REQUEST NO. 12:**

Defendant is hereby ordered to produce and deliver documents in connection with its response to Request for Production No. 49 to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.

**REQUEST NO. 17:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 43:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 46:**

Defendant is hereby ordered to produce and deliver documents responsive to Request for Production No. 49 to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.

**REQUEST NO. 49:**

Defendant is hereby ordered to produce and deliver documents responsive to Request for Production No. 49 to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.

**REQUEST NO. 51:**

Defendant is hereby ordered to produce and deliver documents responsive to this request, to the extent any exist, and/or produce a privilege log to Plaintiff no later than Wednesday, June 4, 2014 at 4:00 p.m.  Plaintiff will have until Thursday, June 5, 2014 at 12:00 p.m. to file a response, if necessary.

The Court will then address this matter on Friday, June 6, 2014 at 10:00 a.m., through a telephonic conference, if necessary.

**REQUEST NO. 53:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 54:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 55:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 56:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 57:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 59:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 60:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 64:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 67:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 68:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**REQUEST NO. 69:**

Defendant is precluded from offering into evidence or referring to any and all documents responsive to this request that have not previously been produced.

**IT IS SO ORDERED**.

Dated: June 3, 2014



Hon. NANDOR J. VADAS
United States Magistrate Judge