UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL MORSHED,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF LAKE, CALIFORNIA,<br><br>   Defendant. | No. 4:13-CV-0521 YGR (NJV)<br><br>ORDER VACATING HEARING |

Based on the representation of Plaintiff's counsel made in the email of June 5, 2014, that this case is settled in full, the request to vacate the discovery hearing set for June 6, 2014, is HEREBY GRANTED. Should the need arise for further assistance from this Court, the parties shall contact Courtroom Deputy Gloria Knudson.

**IT IS SO ORDERED.**

Dated: June 6, 2014

NANDOR J. VADAS
United States Magistrate Judge