UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL D. MORSHED,**<br>    **Plaintiff,**<br>    vs.<br>**COUNTY OF LAKE,** *et al.*,<br>    **Defendant.** | **CASE NO.: 13-CV-521 YGR**<br>**ORDER VACATING DATES AND SETTING COMPLIANCE DATE IN LIGHT OF NOTICE OF SETTLEMENT** |

In light of the Amended Notice of Settlement filed by the parties (Dtk. Nos. 197 and 198), the trial date and all other dates in this matter are **VACATED**.

A compliance hearing shall be held on **Friday, August 29, 2014,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: June 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**