# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL D. MORSHED,** | **CASE NO.: 13-CV-521 YGR** |
| **Plaintiff,** | **ORDER CONTINUING COMPLIANCE DATE** |
| vs. | |
| **COUNTY OF LAKE,** *et al.*, | |
| **Defendant.** | |

The compliance hearing set for Friday, August 29, 2014, is **CONTINUED** to **Friday, September 12, 2014,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1, 4th Floor.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

August 26, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**